12803

BOMAR v. WILKINS *ET AL.*

(151 S. E., 110)

*Messrs. Nicholls, Wyche & Byrnes,* for appellant,

*Messrs. Bomar & Osborne, Lanham & Lanham, C. Y. Brown,* and *Odom & Bostick,* for respondents,

January 7, 1930.

The opinion of the Court was delivered by MR. CHIEF JUSTICE WATTS.

For the reasons assigned by the probate Judge confirmed by the circuit Judge, it is the judgment of this Court that the judgment of the circuit Court be affirmed.

MR. JUSTICE COTHRAN, and MESSRS. JUSTICES BLEASE, STABLER and CARTER concur.